PS 8
D/KS 1/14/21

PACTS 10060793

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

U.S.A. vs. Leonard Rrapaj                              Docket No.  1083 5:25CR40036-001

### Petition for Action on Conditions of Pretrial Release

   COMES NOW Christina Stapp, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Leonard Rrapaj, who was placed under pretrial release supervision by the Honorable Rachel E. Schwartz sitting in the court at Topeka, Kansas, on 06/16/2025, under the following conditions:

1. **The defendant must not possess a firearm, destructive device, or other weapon.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. On August 18, 2025, the Topeka Police Department with the assistance of the Shawnee County Sheriff's Department executed a search warrant at the defendant's residence/place of business (Topeka Sports Cabaret) in relation to an investigation involving a possible sexual assault.  During the course of the search, officers located an FN Pistol 5.7x28mm, serial number 386346604, inside a holster, with a fully loaded 20 round magazine, with no round in the chamber.  The pistol was found in the top dresser drawer in the defendant's bedroom.  The dresser was located immediately adjacent to the defendant's bed.  A/SSA Trisha McCormick with FBI seized the firearm, along with an FN magazine containing approximately 12 rounds of .45 caliber ammunition, a half full box of .45 ammunition, three riffle magazines, one empty and two loaded with 7.62x39 ammunition.

   Other items that were photographed within the residence but not seized included; a receipt dated August 14, 2025, from Frontier Justice in Kansas City, Kansas for customer:212319 Will Duncan for MF21013MAG G21/41 45CAP 13RD for $29.99.  An online search showed the item to possibly be a Glock, 13 round magazine.  Another receipt dated August 15, 2025, from Bass Pro/Cabela's in Kansas City, Kansas for Sig Elite Performance for $21.99.  An online search on Cabela's showed the item to possible be a Sig Sauer Elite Performance ammunition 9mm.

   Sr. USPO Stapp has reviewed the defendant's GPS movements and can confirm, he did not leave his residence/place of business (Topeka Sports Cabaret), on August 14, 2025 or August 15, 2025.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the defendant's arrest and he be required to appear and show cause as to why his bond should not be revoked.

Approved:                                              I declare under penalty of perjury that the foregoing
                                                       is true and correct.

PS8    *Leonard Rrapaj*                                                                                                          *2 of 2*

_____
Stacey Beilman, Supervisory U.S. Probation Officer

Executed on:   August 19, 2025

_____
Christina Stapp
Senior U.S. Probation Officer
Place:    Topeka, Kansas

**ORDER OF COURT**

Considered and ordered this ___19th___ day of ___August___ 20_25_ and ordered filed and made a part of the records in the above case. The court's signature below denotes concurrence with the Pretrial Officer's above recommendation.

**If Petition results in the issuance of a Warrant, the Docket Entry, Petition and Warrant sealed and not to be distributed to counsel of record. Docket Entry, Petition and Warrant unsealed upon arrest.**

_____
Honorable Rachel E. Schwartz
U.S. Magistrate Judge

cc:  AUSA Lindsay Debenham