# JURY QUESTIONNAIRE

**Background Questions**

1. Name:

2. Juror number (located on summons form):

3. What is the highest level of education you have completed?

    ☐ Middle School

    ☐ High School

    ☐ Technical or Vocational School

    ☐ 1-2 Years College

    ☐ 4 Years College

    ☐ Graduate School

4. If you attended and/or graduated from college, vocational school, graduate school, or earned a professional degree, please indicate where you attended and what degree and area (e.g., education, engineering, science, etc.):

5. Have you ever studied law, obtained a law degree, or received legal training?

    _____ Yes _____ No

    If yes, please describe.

6. Please indicate the city and county in which you live:

7. Have you resided in the Topeka metropolitan area at any point? If yes, when?

8. Please state whether you are working and, if so, the name of your employer and job title and responsibilities:

9. If you are retired, please state your occupation before retirement:

10. If you have a significant other, please state whether they are working and, if so, the name of their employer and their job title and responsibilities:

11. Have you ever worked for any part of the federal government?
    _____ Yes _____ No
    If yes, please describe:

12. Have you ever served in the military?
    _____ Yes ____ No
    If yes, what branch? What was your highest rank?

13. Are you, or have you ever been, involved in any social, civil, religious, political, recreational, or volunteer organizations or clubs? If so, please list them below.

14. On a scale of 1 to 5, with one being extremely skeptical and five being extremely trusting, where do you rate yourself?

**Experience with Criminal Justice System**

15. Have you, a family member, or anyone close to you had an experience that has caused you to have positive or negative feelings towards law enforcement officers?

    _____ Yes _____ No

If yes, please describe your experience and why it caused positive or negative feelings:

16. Have you, a family member, or anyone close to you ever been arrested, charged, or convicted of a crime?

    _____ Yes _____ No

If yes, please explain what happened and share whether, in your view, the person arrested for or charged with a crime was treated fairly by the criminal justice system (police, prosecutor, parole officer, defense attorney, etc.):

17. Have you, a family member, or anyone close to you ever been a victim of a crime?

    _____ Yes _____ No

If yes, please explain what happened and share whether, in your view, the crime victim was treated fairly by the criminal justice system (police, prosecutor, parole officer, defense attorney, etc.):

18. Have you, a family member, or anyone close to you ever worked in law enforcement?

_____ Yes ____ No
If yes,

a) What is the nature of your relationship to this person?

b) Which law enforcement agency?

19. In your opinion, what are the three most important issues with our criminal justice system?

20. Have you ever served on a jury before?

_____ Yes ____ No

If yes, please provide the following information:

    a. Was it a trial jury or a grand jury?
    b. Was it a civil or criminal case?
    c. Was it in state or federal court?
    d. Where was the court (what state or county)?
    e. When did you serve?
    f. Did you serve as foreperson?
    g. Was a verdict reached?
    h. What was the verdict?
    i. Have you served more than once? If yes, please describe.

**Case-Related Questions**

21. Do you consider yourself to be in favor of expanded gun rights, in favor of more gun control, or neutral? Please explain why.




22. Have you heard or read anything about this case, *United States v. Leonard Rrapaj*, or about the Topeka Sports Cabaret in the media or elsewhere?

    _____ Yes ____ No

If yes, please provide a detailed account of what you know or recall, and your opinions about it. This will help to shorten the jury selection process. <u>Do not look up any details to refresh your memory</u>.

23. Are you familiar with a machine gun conversion device or a "Glock switch"? <u>If you are not, do not research the device</u>. If you are, do you have any opinions about such a device?

24. The defendant, Leonard Rrapaj, owns the Topeka Sports Cabaret, an adult nightclub in Topeka. Do you have negative feelings or opinions about such a business? If so, do you believe it could influence your view of Mr. Rrapaj or the case?

**<u>Suitability Questions</u>**

25. As a juror, your job is to evaluate the evidence and apply the law to the facts. You have no role in sentencing. That said, do you have any religious, ethical, political, moral, or philosophical beliefs that would affect your ability to be fair and impartial or that would prevent you from serving as a juror on a criminal case?

\_\_\_\_\_ Yes \_\_\_\_ No

If yes, please explain:

26. Do you have any mental or physical condition that might make it so difficult for you to serve as a juror in this case that it would affect your ability to pay attention to the trial?

_____ Yes _____ No

If yes, please explain:

27. <u>Without doing additional research</u>, please indicate whether you are acquainted with or have any kind of personal or professional relationship, including through social media such as Facebook, with any of the following groups or individuals:

  ☐ Lindsey Debenham, Assistant United States Attorney or any staff member or affiliate of the United States Attorney's Office or the United States Department of Justice;

  ☐ Christopher Joseph, Defense Attorney, Joseph, Hollander & Craft LLC or any staff member or affiliate of Joseph, Hollander & Craft LLC;

  ☐ Defendant Leonard Rrapaj or his family members.

28. If there is any matter not covered by this questionnaire that you think will affect your ability to be fair and impartial, or that the attorneys or judge might want to know about when considering you as a juror in this case, please explain: